### KINKER, et v ABEREGG

Ohio Appeals, 6th Dist, Sandusky Co

No 228.　Decided Oct 13, 1930

Culbert & Culbert, Fremont and A. L. Ludwig, for Kinker, et.

W. J. Mead, Fremont, for Aberegg.

WILLIAMS, J.

There is no doubt that the transaction involved was a gambling transaction, in connection with which Aberegg furnished $1,000.00 with the expectation that Kinker, to whom he gave the money, "would make it right". The cognovit note in question was given by Fred Kinker and his father to take up a note previously given for the same amount, and both these notes were based upon the alleged debt arising from the giving of the said $1,000.00 to Kinker by Aberegg.

Under 5965 GC, the note involved in this suit is void and of no effect.

The judgment of the court below is reversed and final judgment rendered for plaintiffs in error.

Lloyd and Richards, JJ, concur.